January 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

VINCENT PETERS, Appellant

NO. 14-12-00083-CV                    V.

THE TOP GUN EXECUTIVE GROUP, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Top Gun Executive Group, signed November 30, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the judgment filed by appellant, Vincent Peters, number VJ-005161-10, entered in the Superior Court of New Jersey Law Division, Morris County Special Civil Part, on July 6, 2010, in docket number DC-014124-09, is presently enforceable as a Texas judgment.

We further order that appellee, The Top Gun Executive Group, pay all costs incurred because of this appeal.

We further order this decision certified below for observance.